# UNITED STATES DISTRICT COURT

# WESTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| **UNITED STATES OF AMERICA** | **CRIMINAL NO. 19-CR-00160** |
| **VERSUS** | **JUDGE MICHAEL J JUNEAU** |
| **SPENCER COLBERT** | **MAG. JUDGE WHITEHURST** |

## REPORT AND RECOMMENDATION ON FELONY GUILTY PLEA BEFORE THE UNITED STATES MAGISTRATE JUDGE

Pursuant to Title 28, United States Code, Section 636(b), and with the written and oral consent of the defendant, this matter has been referred by the District Court for administration of Guilty Plea, and Allocution under Rule 11 of the Federal Rules of Criminal Procedure.

This cause came before the undersigned U. S. Magistrate Judge for a change of plea hearing and allocation of the defendant, **SPENCER COLBERT**, on November 18, 2019. Defendant was present with his counsel James Kirk Piccione.

After said hearing, and for reasons orally assigned, it is the finding of the undersigned that the defendant is fully competent, that his plea of guilty is knowing and voluntary, and his guilty plea to Count One of the Indictment, is fully supported by a written factual basis for each of the essential elements of the offense.

Therefore the undersigned U.S. Magistrate Judge recommends that the District Court **ACCEPT** the guilty plea of the defendant, **SPENCER COLBERT**, in accordance with the terms of the plea agreement filed in the record of these

proceedings, and that **SPENCER COLBERT** be finally adjudged guilty of the offense charged in Count One of the Indictment.

The defendant has waived his right to file an objection to the Report and Recommendation.

**THUS DONE AND SIGNED** in chambers at Lafayette, Louisiana this 11th day of December, 2019.

CAROL B. WHITEHURST
UNITED STATES MAGISTRATE JUDGE